**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**05 CR 10114 RCL**

UNITED STATES OF AMERICA )
                         )
                         ) Criminal No.
                         )
            V.           )
                         )
                         ) VIOLATIONS:
                         ) 21 U.S.C. § 846 --
                         ) Conspiracy to
PEDRO LOBO,              ) Distribute Cocaine Base
    a/k/a "JOSE LOBO",   )
    a/k/a "PETER"        )
                         ) 21 U.S.C. § 841(a)(1)--
                         ) Distribution of
                         ) Cocaine Base
                         )
                         ) 21 U.S.C. § 841(a)(1)--
                         ) Distribution of
                         ) Cocaine
                         )
                         ) 21 U.S.C. §853 --
                         ) Criminal Forfeiture
                         ) Allegation

## INDICTMENT

**COUNT ONE:**     **(21 U.S.C. § 846 -- Conspiracy To Distribute**
                   **Cocaine Base)**

The Grand Jury charges that:

From a time unknown to the Grand Jury, but from at least in

or about February, 2005, and continuing thereafter until on or

about April 23, 2005, at Rockland, and elsewhere in the District

of Massachusetts,

**PEDRO LOBO, a/k/a "JOSE LOBO", a/k/a "PETER",**

defendant herein, did knowingly and intentionally combine,

conspire, confederate and agree with persons unknown to the Grand

Jury to possess with intent to distribute, and to distribute,

cocaine base, also known as "crack cocaine", a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges that the conspiracy charged in Count One involved at least 50 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**       **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about March 25, 2005, at Rockland, in the District of Massachusetts,

**PEDRO LOBO, a/k/a "JOSE LOBO", a/k/a "PETER",**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack cocaine", a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine)**

The Grand Jury further charges that:

On or about March 25, 2005, at Rockland, in the District of Massachusetts,

**PEDRO LOBO, a/k/a "JOSE LOBO", a/k/a "PETER",**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

-4-

**COUNT FOUR:**     **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about March 31, 2005, at Rockland, in the District of Massachusetts,

**PEDRO LOBO, a/k/a "JOSE LOBO", a/k/a "PETER",**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack cocaine", a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FIVE:**    **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about April 8, 2005, at Rockland, in the District of Massachusetts,

**PEDRO LOBO, a/k/a "JOSE LOBO", a/k/a "PETER",**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack cocaine", a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.   As a result of the offenses alleged in Counts 1 through 5 of this Indictment,

### PEDRO LOBO, a/k/a "JOSE LOBO", a/k/a "PETER",

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2.   If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant--

   (a)   cannot be located upon the exercise of due diligence;

   (b)   has been transferred or sold to, or deposited with, a third party;

   (c)   has been placed beyond the jurisdiction of the Court;

   (d)   has been substantially diminished in value; or

   (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property

-7-

described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
GLENN A. MACKINLAY
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS                April 28, 2005  @ 12:15PM


    Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

℘JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** C 5 CR 1 0 1 1 4 RsCL **District Court - District of Massachusetts**

Place of Offense: _____    Category No. **II** _____    Investigating Agency **FBI** _____

City **Rockland** _____    Related Case Information:

County **Plymouth** _____    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____ New _____
Magistrate Judge Case Number _____
Search Warrant Case _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Pedro Lobo** _____    **Juvenile** ☐ Yes ☒ No

Alias Name **Jose Lobo; Peter** _____

Address **771 Warren Avenue Brockton, MA** _____

Birth date (Year **1974** SSN (last 4 **5193** Se **M** Race: **Hispanic** **Nationalit** _____

Defense Counsel if **Unknown** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA **Glenn MacKinlay** _____    Bar Number if _____

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody _____ in _____ .
☐ Already in State _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial    Ordered _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeano _____ ☒ Felony **Five** _____

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date **4/28/05**    Signature of _Glenn A. MacKinlay_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): 05 CR 1 0 1 1 4 CL

Name of Defendant     Pedro Lobo

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21/846 | Conspiracy to Distribute Cocaine Base | 1 |
| Set 2 | 21/841 | Distribution of Cocaine Base | 2,4,5 |
| Set 3 | 21/841 | Distribution of Cocaine | 3 |
| Set 4 | 21/853 | Criminal Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: