UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**05 CR 10114 RCL**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. |
| ) | |
| V.       ) | |
| ) | VIOLATIONS: |
| ) | 21 U.S.C. § 846 -- |
| PEDRO LOBO,   ) | Conspiracy to |
|     a/k/a "JOSE LOBO",   ) | Distribute Cocaine Base |
|     a/k/a "PETER"   ) | |
| ) | 21 U.S.C. § 841(a)(1)-- |
| ) | Distribution of |
| ) | Cocaine Base |
| ) | |
| ) | 21 U.S.C. § 841(a)(1)-- |
| ) | Distribution of |
| ) | Cocaine |
| ) | |
| ) | 21 U.S.C. §853 -- |
| ) | Criminal Forfeiture |
| ) | Allegation |

**MOTION TO SEAL**

The United States of America respectfully moves this Court to seal the indictment, this motion, any ruling on this motion, and all related paperwork until further order of this Court.

In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case and

the government's efforts to arrest the defendant on the above charges.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                       By: _____
                           GLENN A. MACKINLAY
                           Assistant U.S. Attorney

MOTION ALLOWED

_____
JOYCE LONDON ALEXANDER
United States Magistrate Judge