UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V.              )<br>)<br>)<br>PEDRO LOBO,         )<br>    a/k/a "JOSE LOBO",  )<br>    a/k/a "PETER"       )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 05-10114-RCL<br><br>VIOLATIONS:<br>21 U.S.C. § 846 --<br>Conspiracy to<br>Distribute Cocaine Base<br><br>21 U.S.C. § 841(a)(1)--<br>Distribution of<br>Cocaine Base<br><br>21 U.S.C. § 841(a)(1)--<br>Distribution of<br>Cocaine<br><br>21 U.S.C. §853 --<br>Criminal Forfeiture<br>Allegation |

Dein, M.J
MOTION ALLOWED
By the Court
[signature]
Deputy Clerk

## MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the indictment and all related paperwork. In support of this motion, the government states that the public disclosure of these materials at this juncture is proper.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: [signature]
GLENN A. MACKINLAY
Assistant U.S. Attorney