

**U.S. Department of Justice**

**MICHAEL J. SULLIVAN**
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

June 14, 2005

James S. Murphy, Esq.
23 North Pearl Street
Brockton, MA 02301

          Re:  United States v. Pedro Lobo
               Criminal No. 05-10114-RCL

Dear Counsel:

          Enclosed please find in the above matter the following discovery:

          1.    Copy of the Registry of Motor Vehicles photograph reviewed by the undercover officer in this case (1 page);

          2.    Copy of the drug receipts from the Scituate police Department (1 page); and

          3.    Copies of the DEA form 7 reports Exhibit numbers 28, 50, 51, and 52 (2 pages).

          Please call the undersigned Assistant U.S. Attorney at 617-748-3215 if you have any questions.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:
                              S/ Glenn A. MacKinlay
                              GLENN A. MACKINLAY
                              Assistant U.S. Attorney

enclosures
cc:  Thomas Quinn, Clerk to the Honorable Judith G. Dein

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

James S. Murphy, Esq.
23 North Pearl Street
Brockton, MA 02301

This 14th day of June, 2005.

Glenn A. MacKinlay
GLENN A. MACKINLAY
ASSISTANT UNITED STATES ATTORNEY

2