```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 05-10114-RCL |
| PEDRO LOBO | ) | |

**JOINT SUBMISSION OF THE PARTIES UNDER LOCAL RULE 116.5(C)**

Pursuant to Local Rule 116.5(C), the parties state as follows:

i. <u>Outstanding Discovery Issues</u>

There are drug certificates of analysis that have not yet been received from the Department of Public Health Laboratory. The government will provide them upon receipt of them.

ii. <u>Anticipated Additional Discovery</u>

The parties are not aware of any discovery required to be produced pursuant to the Local Rules that has not already been produced or addressed by counsel. Should the parties become aware in future of any additional discovery that needs to be disclosed, such discovery will be provided in accordance with the Local Rules.

iii. <u>Defense of Insanity or Public Authority</u>

The defendant has not indicated an intent to assert a defense of insanity or public authority.

    iv.  <u>Notice of Alibi</u>

The defendant has not indicated an intent to assert an alibi defense.

    v.  <u>Dispositive Motions</u>

The defendant has not yet decided if he will file any motions to dismiss, or suppress, or any other motion requiring a ruling by the District Court before trial.

    vi.  <u>Scheduling</u>

The parties are not aware of any issue requiring scheduling but request some additional time to continue efforts to resolve the case.

    vii.  <u>Plea Negotiations</u>

The parties expect that the matter may be resolved without a trial, but request additional time to finalize the discussions.

    viii.  <u>Excludable Delay</u>

The parties request that the period between this date and any additional conference be excluded from the Speedy Trial Clock, in the interests of justice.

    ix.  <u>Whether Trial is Anticipated; Length of Trial</u>

If there is a trial in this matter, it will last approximately one week.

```
                                        Respectfully submitted,


PEDRO LOBO                              MICHAEL J. SULLIVAN
By his attorney,                        United States Attorney


                              By:
s/ James Murphy                         S/ Glenn A. MacKinlay
JAMES MURPHY, Esq.                      GLENN A. MACKINLAY
                                        Assistant U.S. Attorney
                                        (617) 748-3215
```

Date: June 16, 2005