

          **U.S. Department of Justice**

          **MICHAEL J. SULLIVAN**
          *United States Attorney*
          *District of Massachusetts*

---

*Main Reception: (617) 748-3100*        *United States Courthouse, Suite 9200*
      *1 Courthouse Way*
      *Boston, Massachusetts 02210*

August 17, 2005

James S. Murphy, Esq.
23 North Pearl Street
Brockton, MA 02301

    Re:  United States v. Pedro Lobo
         <u>Criminal No. 05-10114-RCL</u>

Dear Counsel:

    Enclosed please find in the above matter three certificates of analysis received from the Department of Public Health laboratory that correspond with the drug receipts provided previously. I have not yet received the results of the testing by the Drug Enforcement Administration of the substances seized at the arrest of the defendant and execution of the search on the hotel room and vehicle. I will provide those reports upon receipt of them.

    Please call the undersigned Assistant U.S. Attorney at 617-748-3215 if you have any questions.

                        Very truly yours,

                        MICHAEL J. SULLIVAN
                        United States Attorney

          By:

                    <u>S/ Glenn A. MacKinlay</u>
                    GLENN A. MACKINLAY
                    Assistant U.S. Attorney

enclosures
cc:  Thomas Quinn, Clerk to the Honorable Judith G. Dein
    (w/out enclosures)

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by providing it to him in hand:

>James S. Murphy, Esq.
>23 North Pearl Street
>Brockton, MA 02301

This 17th day of August, 2005.

>S/ Glenn A. MacKinlay
>GLENN A. MACKINLAY
>ASSISTANT UNITED STATES ATTORNEY