UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10114-RCL

UNITED STATES OF AMERICA

v.

PEDRO LOBO

## FURTHER ORDER ON EXCLUDABLE TIME

August 17, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

August 17, 2005 through September 26, 2005

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated May 10, 2005, June 16, 2005 and this order, at the time of the Final Status Conference on September 26, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

　　　　　　　　　　　　　　　　　　　/ s / Judith Gail Dein
　　　　　　　　　　　　　　　　　　JUDITH GAIL DEIN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge