

U.S. Department of Justice

**MICHAEL J. SULLIVAN**
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*      *United States Courthouse, Suite 9200*
                                      *1 Courthouse Way*
                                      *Boston, Massachusetts 02210*

August 17, 2005

James S. Murphy, Esq.
23 North Pearl Street
Brockton, MA 02301

    Re:  United States v. Pedro Lobo
         <u>Criminal No. 05-10114-RCL</u>

Dear Counsel:

    Enclosed please find in the above matter two certificates of analysis received from the Drug Enforcement Administration concerning the narcotics seized at the execution of the search warrant.

    Please call the undersigned Assistant U.S. Attorney at 617-748-3215 if you have any questions.

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                By:
                          <u>S/ Glenn A. MacKinlay</u>
                          GLENN A. MACKINLAY
                          Assistant U.S. Attorney

enclosures
cc:  Thomas Quinn, Clerk to the Honorable Judith G. Dein
    (w/out enclosures)

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by providing it to him in hand:

    James S. Murphy, Esq.
    23 North Pearl Street
    Brockton, MA 02301

This 26th day of September, 2005.

                S/ Glenn A. MacKinlay
                GLENN A. MACKINLAY
                ASSISTANT UNITED STATES ATTORNEY