UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V.                                                 )<br>)<br>)<br>PEDRO LOBO,                                  )<br>    a/k/a "JOSE LOBO",              )<br>    a/k/a "PETER"                        )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 05-10114-RCL<br><br>VIOLATIONS:<br>21 U.S.C. § 846 --<br>Conspiracy to<br>Distribute Cocaine Base<br><br>21 U.S.C. § 841(a)(1)--<br>Distribution of<br>Cocaine Base<br><br>21 U.S.C. § 841(a)(1)--<br>Distribution of<br>Cocaine<br><br>21 U.S.C. § 841(a)(1)--<br>Possession Of Cocaine<br>Base With Intent To<br>Distribute<br><br>21 U.S.C. § 841(a)(1)--<br>Possession Of Cocaine<br>With Intent To<br>Distribute<br><br>21 U.S.C. §853 --<br>Criminal Forfeiture<br>Allegation |

### SUPERSEDING INDICTMENT

COUNT ONE:    (21 U.S.C. § 846 -- Conspiracy To Distribute
              Cocaine Base)

The Grand Jury charges that:

    From a time unknown to the Grand Jury, but from at least in or about February, 2005, and continuing thereafter until on or about April 28, 2005, at Rockland, and elsewhere in the District

of Massachusetts,

    **PEDRO LOBO, a/k/a "JOSE LOBO", a/k/a "PETER"**,

defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with persons unknown to the Grand Jury to possess with intent to distribute, and to distribute, cocaine base, also known as "crack cocaine", a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

    The Grand Jury further alleges that the conspiracy charged in Count One involved at least 50 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) applies to this count.

    All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**     (21 U.S.C. § 841(a)(1) -- **Distribution of Cocaine Base**)

The Grand Jury further charges that:

On or about March 25, 2005, at Rockland, in the District of Massachusetts,

**PEDRO LOBO, a/k/a "JOSE LOBO", a/k/a "PETER",**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack cocaine", a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE:**     **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine)**

The Grand Jury further charges that:

On or about March 25, 2005, at Rockland, in the District of Massachusetts,

**PEDRO LOBO, a/k/a "JOSE LOBO", a/k/a "PETER",**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FOUR:**     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)

The Grand Jury further charges that:

On or about March 31, 2005, at Rockland, in the District of Massachusetts,

**PEDRO LOBO, a/k/a "JOSE LOBO", a/k/a "PETER",**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack cocaine", a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FIVE:      (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)

The Grand Jury further charges that:

On or about April 8, 2005, at Rockland, in the District of Massachusetts,

**PEDRO LOBO, a/k/a "JOSE LOBO", a/k/a "PETER"**,

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack cocaine", a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT SIX:**   (21 U.S.C. § 841(a)(1) -- Possession of Cocaine Base With Intent to Distribute)

The Grand Jury further charges that:

On or about April 28, 2005, at Rockland, in the District of Massachusetts,

**PEDRO LOBO, a/k/a "JOSE LOBO", a/k/a "PETER",**

defendant herein, did knowingly and intentionally possess cocaine base, also known as "crack cocaine", a Schedule II controlled substance, with intent to distribute.

The Grand Jury further alleges that the offense described herein involved at least 50 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT SEVEN:**   (21 U.S.C. § 841(a)(1) -- Possession of Cocaine With Intent to Distribute)

The Grand Jury further charges that:

On or about April 28, 2005, at Rockland, in the District of Massachusetts,

**PEDRO LOBO, a/k/a "JOSE LOBO", a/k/a "PETER",**

defendant herein, did knowingly and intentionally possess cocaine, a Schedule II controlled substance, with intent to distribute.

The Grand Jury further alleges that the offense described herein involved at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.  As a result of the offenses alleged in Counts 1 through 7 of this Indictment,

**PEDRO LOBO, a/k/a "JOSE LOBO", a/k/a "PETER",**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations including but not limited to the following:

   (a) One 1997 Toyota Avalon, Massachusetts registration 25WA27, registered in the name of Diname Pires-Lopes; VIN: 4T1BF12B7VU21077;

   (b) $7,760 in U.S. currency.

2.  If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant--

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

-9-

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
GLENN A. MACKINLAY
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS                October 20, 2005

    Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

11:25 Am

-11-

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: _____  Category No. __II__  Investigating Agency __FBI__

City __Rockland__

County __Plymouth__

Related Case Information:
Superseding Ind./ Inf. __X__  Case No. __05-10114-RCL__
Same Defendant __X__  New _____
Magistrate Judge Case Number _____
Search Warrant Case __05-10114-RCL__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Pedro Lobo__   Juvenile ☐ Yes  ☒ No

Alias Name __Jose Lobo; Peter__

Address __771 Warren Avenue Brockton, MA__

Birth date (Year __1974__  SSN (last 4 __5193__  Se __M__  Race: __Hispanic__  Nationalit _____

Defense Counsel if __Unknown__   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Glenn MacKinlay__   Bar Number if _____

Interpreter: ☐ Yes ☒ No   List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date: __April 28, 2005__

☒ Already in Federal Custody _____ in __Plymouth County C.F.__
☐ Already in State _____ ☐ Serving Sentence ☒ Awaiting Trial
☐ On Pretrial   Ordered _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty   ☐ Misdemeano   ☒ Felony __Seven__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date __10/20/05__   Signature of __[signature]__

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Pedro Lobo

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21/846 | Conspiracy to Distribute Cocaine Base | 1 |
| Set 2  21/841 | Distribution of Cocaine Base | 2,4,5 |
| Set 3  21/841 | Distribution of Cocaine | 3 |
| Set 4  21/841 | Possession of Cocaine Base with Intent to Dist. | 6 |
| Set 5  21/841 | Possession of Cocaine With Intent to Dist. | 7 |
| Set 6  21/853 | Criminal Forfeiture Allegation | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: