UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10114-RCL

UNITED STATES OF AMERICA

v.

PEDRO LOBO

**FINAL STATUS REPORT**

October 21, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Friday, October 21, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. The parties are engaged in plea discussions, although no final resolution has been reached. The parties request a status conference before the District Judge.

2. Discovery is completed at this time, except that the government shall produced grand jury minutes.

3. The defendant intends to file a motion to suppress. The motion shall be filed by November 30, 2005.

4. The court has, on this date, entered an order on excludable time excluding the period October 21, 2005 through November 30, 2005, that being the period between the Final Status Conference and the date by which the defendant is to file his motion to suppress. Based upon the prior orders of the court dated May 10, 2005, June 16, 2005, August 17, 2005, September 26, 2005 and the order entered herewith, as of November 30, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried. The pendency of the

       defendant's motion shall result in further time being excluded under the Speedy Trial Act.

5. It is estimated that if the case goes to trial, it will last approximately one week.

6. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

 

                                             / s / Judith Gail Dein
                                       JUDITH GAIL DEIN
                                       UNITED STATES MAGISTRATE JUDGE