UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10114-RCL

UNITED STATES OF AMERICA

v.

PEDRO LOBO

## FURTHER ORDER ON EXCLUDABLE TIME

October 21, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

October 21, 2005 through November 30, 2005

that being the period between the Final Status Conference and the date by which the defendant is to file his motion to suppress.

Based upon the prior orders of the court dated May 10, 2005, June 16, 2005, August 17, 2005, September 26, 2005 and this order, as of November 30, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge