

U.S. Department of Justice

**MICHAEL J. SULLIVAN**
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*    *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

October 21, 2005

James S. Murphy, Esq.
23 North Pearl Street
Brockton, MA 02301

    Re:  United States v. Pedro Lobo
           Criminal No. 05-10114-RCL

Dear Counsel:

    Enclosed please find in the above matter the Grand Jury exhibits from October 20, 2005 together with the superseding indictment.  Kindly note that the exhibits consist of documents previously produced in discovery.

    Please call the undersigned Assistant U.S. Attorney at 617-748-3215 if you have any questions.

                      Very truly yours,

                      MICHAEL J. SULLIVAN
                      United States Attorney

          By:
                      S/ Glenn A. MacKinlay
                      GLENN A. MACKINLAY
                      Assistant U.S. Attorney

enclosures
cc:  Thomas Quinn, Clerk to the Honorable Judith G. Dein
     (w/out enclosures)

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by providing it to him in hand:

    James S. Murphy, Esq.
    23 North Pearl Street
    Brockton, MA 02301

This 21st day of October, 2005.

    _____
    GLENN A. MACKINLAY
    ASSISTANT UNITED STATES ATTORNEY