

**U.S. Department of Justice**

**MICHAEL J. SULLIVAN**
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*              *United States Courthouse, Suite 9200*
                                              *1 Courthouse Way*
                                              *Boston, Massachusetts  02210*

November 1, 2005

James S. Murphy, Esq.
23 North Pearl Street
Brockton, MA 02301

    Re:  United States v. Pedro Lobo
         <u>Criminal No. 05-10114-RCL</u>

Dear Counsel:

    Enclosed please find in the above matter the Grand Jury minutes from October 20, 2005.

    Please call the undersigned Assistant U.S. Attorney at 617-748-3215 if you have any questions.

                          Very truly yours,

                          MICHAEL J. SULLIVAN
                          United States Attorney

              By:
                        <u>S/ Glenn A. MacKinlay</u>
                        GLENN A. MACKINLAY
                        Assistant U.S. Attorney

enclosures
cc:  Thomas Quinn, Clerk to the Honorable Judith G. Dein
     (w/out enclosures)

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by mailing it to him at the following address:

    James S. Murphy, Esq.
    23 North Pearl Street
    Brockton, MA 02301

This 1st day of November, 2005.

                <u>S/ Glenn A. MacKinlay</u>
                GLENN A. MACKINLAY
                ASSISTANT UNITED STATES ATTORNEY