UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
        v.               )    CRIMINAL NO. 05-10114-RCL
                         )
PEDRO LOBO               )


ASSENTED TO MOTION TO CONTINUE

Now Comes the parties in the above matter and respectfully move this Honorable Court to continue the Pretrial Conference presently scheduled for Monday, November 21, 2005. As reasons therefore, the parties state that defense counsel has a scheduling conflict in state court on a previously scheduled matter. The parties request that this case be re-scheduled to any afternoon in early December, with the exception of December 5, 9, and 13-14. Defense counsel assents to this motion and the parties agree that the time from November 21, 2005 to the new Pretrial Conference date should be excluded under the Speedy Trial Act in the interests of justice.


Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:
    S/ Glenn A. MacKinlay
    GLENN A. MACKINLAY
    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by faxing to counsel of record:

James Murphy, Esq.
Brockton, MA

This 17th day of November, 2005.

S/ Glenn A. MacKinlay
Glenn A. MacKinlay
ASSISTANT UNITED STATES ATTORNEY