```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA )
                         )
        v.               )    CRIMINAL NO. 05-10114-RCL
                         )
PEDRO LOBO               )
```

**GOVERNMENT'S CERTIFICATION OF TIMELY ACCEPTANCE OF RESPONSIBILITY**

     The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b), that defendant, Pedro Lobo notified the government of his intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial.  Based on that fact, the government requests that Lobo be awarded a three-point reduction for acceptance of responsibility.

                                                    Respectfully submitted,

                                                    MICHAEL J. SULLIVAN
                                                  United States Attorney

                              By:
                                     <u>S/ Glenn A. MacKinlay</u>
                                   GLENN A. MACKINLAY
                                   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by efiling and by faxing it to:

    James Murphy, Esq.
    Brockton, MA

This 4th day of April, 2006.

    S/ Glenn A. MacKinlay
    Glenn A. MacKinlay
    ASSISTANT UNITED STATES ATTORNEY