UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 05-10114-RCL |
| | ) | |
| **PEDRO LOBO** | ) | |

### GOVERNMENT'S ASSENTED TO MOTION TO DISMISS ORIGINAL INDICTMENT

The United States of America, through undersigned counsel, hereby requests that this court to dismiss the original indictment in this matter. As reasons therefore, the government states that the government sought and received a superseding indictment on October 20, 2005. The defendant pled guilty to all counts of the superseding indictment on March 16, 2006 and was sentenced by the court on October 25, 2006. Accordingly, the original indictment may be properly dismissed in the interests of justice. The defendant, through counsel James Murphy, Esq., assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

S/ Glenn A. MacKinlay
GLENN A. MACKINLAY
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing document by efiling it to counsel for Pedro Lobo, James Murphy, Esq.

                                                S/ Glenn A. MacKinlay
                                                GLENN A. MACKINLAY