UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America<br><br>v.<br><br>Pedro Lobo | Criminal No. 05-10114-RCL |

MOTION FOR REDUCTION OF SENTENCE

Now comes the Defendant, Pedro Lobo, pursuant to 18 U.S.C. §3582 and hereby moves this Honorable Court to reduce his sentence.

As grounds for the foregoing request, the Defendant avers that the Federal Sentencing Guidelines have recently changed regarding crack cocaine. The Defendant's Motion for Reduction results from these changes. The interests of justice require that the Defendant's sentence be recalculated based on the recent changes to the sentencing guidelines.

Wherefore, the Defendant respectfully requests a reduction of his sentence.

                                              Respectfully submitted
                                              PEDRO LOBO
                                              By His Attorney


                                              /s/ James S. Murphy

                                              James S. Murphy, Esq.
                                              23 North Pearl Street
                                              Brockton, MA   02301
                                              (508) 584-1810
                                              (508) 580-5439 fax
                                              BBO# 550884

Date:  March 17, 2008

## CERTIFICATE OF SERVICE

    I, James S. Murphy, Esquire, do hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 17, 2008.

                                          /s/ James S. Murphy                     .
                                          James S. Murphy (BBO #550884)