Date: 3-11-08

Hon. **Lindsay**
c/o _____
Deputy Clerk
United States District Court


Dear _____:

I was sentenced by Judge **Lindsay** on **10-25-2006** based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

My current release date is **4-12-2016**.

I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

Sincerely,


Name: **Pedro Lobo # 25623-038**

Address: **F.C.I Otisville**

**P.O. Box 1000**

**Otisville NY 10963**

Telephone: _____