UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America<br><br>v.<br><br>Pedro Lobo | Criminal No. 05-10114-RCL |

MOTION TO ENLARGE TIME

Now comes the Defendant, Pedro Lobo and hereby moves this Honorable Court to enlarge the time for filing paperwork on his reduction of sentence.

As grounds for the foregoing request, the Defendant avers that this Motion to Enlarge is agreed to by the Assistant United States Attorney Glenn A. MacKinlay. The enlargement is necessary for Counsel to have an opportunity to confer with Mr. Lobo relative to an agreement on his sentence reduction.

Wherefore, the Defendant respectfully requests forty-five (45) days to complete the above-stated task.

Respectfully submitted
PEDRO LOBO
By His Attorney


/s/ James S. Murphy

James S. Murphy, Esq.
23 North Pearl Street
Brockton, MA   02301
(508) 584-1810
(508) 580-5439 fax
BBO# 550884

Date:  April 14, 2008

## CERTIFICATE OF SERVICE

    I, James S. Murphy, Esquire, do hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 14, 2008.

                                              /s/ James S. Murphy          .
                                              James S. Murphy (BBO #550884)