AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| PEDRO LOBO ) | Case No: 05-10114-RCL |
| ) | USM No: 25623/038 |
| Date of Previous Judgment: 10/31/2006 ) | James Murphy, Esq. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [✓] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __151__ months **is reduced to** __121__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:      33                Amended Offense Level:      31
Criminal History Category:   II                Criminal History Category:  II
Previous Guideline Range:    151 to 188 months  Amended Guideline Range:   121 to 151 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __10/31/2006__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  *June 18, 2008*                         */s/ William G. Young*
                                                     Judge's Signature

Effective Date: _____                       William G. Young, U.S. District Judge
  (if different from order date)                     Printed name and title